IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01205-ZLW-KLM

VISTA RIDGE DEVELOPMENT, LLC,

    Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Amendment of Scheduling Order and Extension of Other Deadlines** [Docket No. 23; Filed January 23, 2009] (the "Motion"). The parties seek extensions of three deadlines, only one of which this Court has the authority to authorize. Accordingly, the Court does not rule on the parties' request to extend the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment and to reset the hearing date on such Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, but only to the extent that the parties request an extension of the discovery deadline. The Scheduling Order entered on August 5, 2008 [Docket No. 13], and amended on November 26, 2008 and January 15, 2009 [Docket Nos. 17 & 22], is further modified to extend the discovery deadline to **March 31, 2009**. As noted above, the Court does not rule on the other extensions requested in the Motion and reserves consideration of those requests to the District Judge assigned to this matter.

Dated: January 26, 2009