IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01205-ZLW-KLM

VISTA RIDGE DEVELOPMENT, LLC,

    Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: January 27, 2009

    It is ORDERED that the Second Joint Motion For Amendment Of Scheduling Order And Extension Of Other Deadlines (Doc. No. 26) is granted.  It is

    FURTHER ORDERED that Plaintiff shall file its response to Defendant's Motion For Summary Judgment (Doc. No. 18) on or before March 2, 2009.  It is

    FURTHER ORDERED that Defendant's Motion For Summary Judgment (Doc. No. 18), previously set for hearing on Wednesday, March 18, 2009, is re-set for hearing on Wednesday, April 15, 2009, at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado  80294.