IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01205-ZLW-KLM

VISTA RIDGE DEVELOPMENT, LLC,

   Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA,

   Defendant.

ORDER

The matter before the Court is Plaintiff's Cross-Motion For Summary Judgment, which was filed on March 3, 2009, within the same document as Plaintiff's Opposition To Defendant's Motion For Summary Judgment (Doc. No. 30). Under this Court's Local Rules, a motion cannot be included in a response or reply to the original motion; it must be made in a separate paper.[1] Furthermore, the deadline for filing dispositive motions in this case was March 1, 2009.[2] Accordingly, it is

ORDERED that Plaintiff's Cross-Motion For Summary Judgment, filed as part of Doc. No. 30 in this case, is stricken *sua sponte.* The Court will proceed to consider that

---

[1] See D.C. COLO.LCivR 7.1C.

[2] See August 5, 2008, Scheduling Order at 10 (Doc. No. 13). Additionally, Plaintiff's brief exceeds the 25-page limit for response briefs set forth in the Court's Standards For Civil Motions.

portion of Doc. No. 30 which constitutes a response to Defendant's Motion For Summary Judgment.

DATED at Denver, Colorado this 5th day of March, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court