IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01205-ZLW-KLM

VISTA RIDGE DEVELOPMENT, LLC,

    Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA,

    Defendant.

---

## ORDER

---

It is ORDERED that, on or before April 7, 2009, Defendant shall file a brief, not to exceed five pages, in response to that portion of Plaintiff's Motion To Supplement Its Opposition To Defendant's Motion For Summary Judgment And For Discovery Sanctions Against Assurance (Doc. No. 40) which requests permission to supplement Plaintiff's brief in opposition to Defendant's motion for summary judgment. The portion of Doc. No 40 which requests discovery sanctions has been referred to Magistrate Judge Kristin L. Mix pursuant to D.C.COLO.LCivR 72.1.

DATED at Denver, Colorado this 1st day of April, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court