IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01205-ZLW-KLM

VISTA RIDGE DEVELOPMENT, LLC,

      Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA,

      Defendant.
_____

ORDER
_____

      This matter was before the Court on April 15, 2009, for oral argument on Defendant's Motion For Summary Judgment. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

      ORDERED that Defendant's Motion For Summary Judgment (Doc. No. 18) is granted. It is

      FURTHER ORDERED the Complaint and cause of action are dismissed with prejudice. It is

      FURTHER ORDERED that the parties shall pay their own costs and attorney's fees. It is

FURTHER ORDERED that a separate Judgment shall issue pursuant to Fed. R. Civ. P. 58(a).

DATED at Denver, Colorado, this 16th day of April, 2009.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK,  Senior Judge
United States District Court